UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NANCY LYNN WOOD,

    Plaintiff,

v.                                                                    Case No. 6:22-cv-1578-RBD-DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this Social Security appeal, Plaintiff challenges the denial of her claims for social security disability and supplemental income benefits. (Doc. 1, ¶¶ 5–6.) On referral, U.S. Magistrate Judge Daniel C. Irick recommends affirming the Commissioner's decision. (Doc. 22 ("R&R").) Neither party objected, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 22) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2.     The Commissioner's decision is **AFFIRMED**.

3.     The Clerk is **DIRECTED** to enter judgment in favor of the

Commissioner and then to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 16, 2023.

ROY B. DALTON JR.
United States District Judge